

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-97,213-01

### IN RE KAMERON PEARSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2013-1028-C1 IN THE 19TH DISTRICT COURT
### MCLENNAN COUNTY

*Per curiam.*

### O P I N I O N

Relator has filed a motion for leave to file an application for a writ of

mandamus under this Court's original jurisdiction. Relator entered a plea of guilty

to two counts of Possession of Child Pornography. On Count One, Relator was

sentenced to eighteen years' imprisonment. On Count Two, Relator received a

ten-year probated sentence to begin once the judgment and sentence in Count One

ceased to operate. When Relator was released to parole, he was civilly committed

in the Texas Civil Commitment Center. However, his probation did not begin upon his release to parole. Relator then filed a Motion to Enforce Judgment in the trial court, which was denied.

On February 12, 2026, this Court held this application in abeyance and ordered the Honorable Thomas West to respond. Judge West stated that the judgment as to Count Two deviates from the plea offer and should be corrected via Nunc Pro Tunc. However, the judgment is correct as written as the underlying sentence ceased to operate when Relator was released to parole. TEX. GOV'T CODE § 508.150; *Ex parte Ruthart*, 980 S.W.2d 469, 474 (Tex. Crim. App. 1998).

We therefore conditionally grant mandamus relief and direct Respondent, Judge West, to order the McLennan County Community Supervision and Corrections Department to begin Relator's probation from the date he was paroled from the Texas Department of Criminal Justice. The writ of mandamus will issue only in the event the Respondent fails to comply within thirty days of the date of this opinion.

Delivered: May 14, 2026
Do not publish